IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHERYL D. WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CAUSE NO. 1:16-cv-1449 |
| ) | |
| INSIGHT CONSULTANTS, INC., ) | |
| ) | |
| Defendant. ) | |

**COMPLAINT FOR DAMAGES**

Plaintiff, Cheryl D. Williams, for her complaint against Defendant, Insight Consultants, Inc., states the following:

### I. Parties

1. Plaintiff, Ms. Williams, is a resident of Marion County, Indiana.

2. Defendant, Insight Consultants, Inc., is a business doing business in Marion County, Indiana.

### II. Jurisdiction and Venue

3. This court has jurisdiction to hear this claim pursuant to 28 U.S.C. §1331, in that the claims arise under the laws of the United States. Specifically, Plaintiff brings this action to enforce her rights under the ADA and its amendments.

4. Venue in the Southern District of Indiana, Indianapolis Division, is appropriate by virtue of Defendant's doing business in this District.

### III. Factual Allegations

5. Plaintiff began working for Defendants in April 20, 2015.

6. Defendant hired Plaintiff as a Team Leader.

7. Plaintiff is disabled.

8. Plaintiff has permanent disabilities to her right shoulder which limits her ability to lift items over ten (10) pounds or raise her arms over her shoulders.

9. Plaintiff was an hourly employee of Defendant.

10. Plaintiff was paid $13.90 per hour by Defendant.

11. The immediate supervisor of Ms. Williams upon her hiring was Liz Brown.

12. On May 6, 2015, Ms. Williams informed Ms. Brown about her disability and physical limitations.

13. On May 6, 2015, Ms. Williams requested and asked for assistance moving a customer.

14. On May 7, 3025, Ms. Williams met with Jennifer Life, of Human Resources, to discuss her disability and physical limitations.

15. Ms. Williams asked Defendant to accommodate her disability by permitting her to get assistance when lifting a customer or changing positions so that she would not need to lift anything beyond her restrictions.

16. Defendant sent Ms. Williams home on May 7, 2015.

17. Defendant requested that Ms. Williams attend a meeting on May 11, 2015 at 2:00 p.m.

17. Defendant fired Ms. Williams at the May 11, 2015 meeting.

18. Plaintiff filed a Charge of Discrimination with the Equal Employment Opportunity Commission ("EEOC") alleging discrimination due to disabilities claiming she had been regarded as disabled, wrongfully terminated, failing to engage in the interactive process, failure to accommodate, and received disparate treatment during her employment due to her disability in violations of the ADA and its amendments.

19. On March 14, 2016, the EEOC issued a Notice of Right to Sue to Plaintiff.

## Count I
## Violations of Title VII

20. Plaintiff incorporates paragraphs 1 through 19 by reference herein.

21. Plaintiff was discriminated against by Defendant in violation of the ADA and its amendments.

22. Plaintiff was wrongfully terminated by Defendant in violation of the ADA and its amendments.

23. Defendant failed to engage in the interactive process as required by the ADA and its amendments.

24. Defendant failed to accommodate Plaintiff as required by the ADA and its amendments.

25. Plaintiff received disparate treatment due to her disability by the discriminatory conduct of Defendant.

26. Plaintiff has been damaged by Defendants' conduct.

WHEREFORE, Plaintiff prays that the Court:

A. Enter an order awarding all actual damages of Plaintiff including back pay with interest as permitted by Title VII.

B. Grant any and all equitable relief available to Plaintiff.

  C. Enter an order awarding Plaintiff compensatory and punitive damages.

  D. Enter an order awarding Plaintiff all reasonable attorney fees and expenses incurred.

  E. Enter an award for such other relief as may be just and appropriate.

         Respectfully Submitted,

         BARKER HANCOCK & COHRON

         /s/Ronald E. Weldy
         Ronald E. Weldy, #22571-49

### IV. Jury Demand

27. Plaintiff incorporates paragraphs 1 through 26 by reference herein.

28. Plaintiff demands a trial by jury.

         Respectfully submitted,

         BARKER HANCOCK & COHRON

         /s/Ronald E. Weldy
         Ronald E. Weldy, #22571-49
         Attorney for Plaintiff,
         Cheryl D. Williams

Barker Hancock & Cohron
198 South 9th Street
Noblesville, IN 46060
Tel: (317) 203-3000
E-mail: rweldy@bhclegal.com